Commonwealth *v.* Hester, Appellant.

Submitted December 8, 1969. *James J. DeMarco,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.